No. 752. POLAKOW'S REALTY EXPERTS, INC. *v.* ALABAMA; and
No. 753. STRUMPF *v.* ALABAMA. May 10, 1943. Petition for writs of certiorari to the Supreme Court of Ala-

bama denied for want of final judgments. · *Rankin* v. *State,* 11 Wall. 380; *Heike·*v. *United States,* 217 U. S. 423; *Brown* v. *South Carolina,* 298 U. S. 639; *Eastman* v. *Ohio,* 299 U. S. 505. *Mr. Horace C. Wilkinson* for petitioners. *Mr. William N. McQueen,* Attorney General of Alabama, for respondent.